**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**LEE FORSTER and ANGELA FORSTER,**

    Plaintiffs,

v.                                                                 Case No: 5:13-cv-250-Oc-22PRL

**PRECISION LANDSCAPE MANAGEMENT, INCORPORATED and DAVID M. TUCCIO**

    Defendants.

## ORDER

This case has been referred to the undersigned for a determination regarding whether the proposed settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354-55 (11th Cir. 1982).

The parties, however, have filed nothing more than a Stipulation of Dismissal With Prejudice (Doc. 14) and do not provide any details regarding the proposed settlement. The parties recite that they have entered into a "fair and reasonable settlement," that the Plaintiffs are satisfied that the amount of money they are receiving represents full compensation of their claims for unpaid wages, and that "Plaintiffs have not compromised their FLSA claim; therefore, the court need not scrutinize the settlement further to consider whether the attorney's fees are reasonable." (Doc. 14, ¶¶ 4-6, citing *Rodriguez v. Urology Central of Florida, LLC,* Case No.: 6:08-cv-370-Orl-18KRS, Doc. Nos. 31, 32 (M.D. Fla. 2009).

In *Rodriguez*, however, the parties had filed a joint motion for approval of the settlement, as well as an executed copy of the settlement agreement. There was sufficient evidence upon

- 2 -

which the Court could make the necessary determinations regarding whether the settlement is fair and reasonable. Here, the parties have filed nothing more than a Stipulation of Dismissal With Prejudice (Doc. 14) that fails to contain any information about the details of the settlement, or the settlement amount and amount of attorneys' fees.

Accordingly, within 10 days of this Order, the parties are directed to file an executed copy of the settlement agreement including the settlement amount(s), and amount of attorneys' fees, and any additional information (such as an explanation regarding how the settlement and fees were calculated) that the Court would require in order to make a determination regarding whether the settlement is fair and reasonable.

**DONE** and **ORDERED** in Ocala, Florida on October 21, 2013.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties